**Motion Denied and Order filed February 13, 2020.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-19-00519-CR

———————

**AARON JAQUES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 228th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1391641**

## ORDER

Appellant is represented by retained counsel, Inger H. Chandler. Appellant's brief was originally due on September 25, 2019. We granted extensions of more than 90 days to file appellant's brief. The brief was due January 21, 2020. When we granted the last extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed. On January 22, 2020,

counsel filed a further request for extension of time to file appellant's brief. Counsel did not allege any exceptional circumstances in the request.

We deny the request for extension and order appellant's retained counsel, Inger H. Chandler, to file a brief with the clerk of this court on or before February 24, 2020. If Inger H. Chandler does not timely file the brief as ordered, the appeal may be abated for a hearing in the trial court to determine the reason for the failure to file the brief. *See* Tex. R. App. P. 38.8(b)(2).

PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Poissant.